934

No. 76–1362. COMMUNITY LOAN & INVESTMENT CORPORATION OF FULTON COUNTY v. JONES. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–188. GOURLEY, DIRECTOR, DIVISION OF FAMILY SERVICES OF MISSOURI, ET AL. v. LEWIS, 430 U. S. 940;

No. 76–996. POMPONIO v. UNITED STATES, 430 U. S. 966;

No. 76–5972. LIPSCOMB v. UNITED STATES, 430 U. S. 970; and

No. 76–6404. CALHOUN v. UNITED STATES, 430 U. S. 974. Petitions for rehearing denied.

No. 76–5834. ROSENFELD v. UNITED STATES, 430 U. S. 941. Motion for leave to file petition for rehearing denied.

MAY 31, 1977

No. 76–1386. COUNTRY-WIDE INSURANCE CO. v. HARNETT, SUPERINTENDENT OF INSURANCE OF NEW YORK. Affirmed on appeal from D. C. S. D. N. Y. MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 76–6542. COSTARELLI v. PANORA, REGISTRAR OF MOTOR VEHICLES. Affirmed on appeal from D. C. Mass.

No. 76–1259. PONDER v. LOUISIANA STATE BAR ASSN. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 76–6322. CAHNMANN v. ECKERTY, CITY CLERK OF URBANA. Appeal from App. Ct. Ill., 4th Dist., dismissed for want of substantial federal question.